**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

CIPRIANO MARTINEZ-CAMPOSECO,  )
                               )
     *Petitioner*,              )
                               )
    v.                         )    Case No. 1:26-cv-184 (PTG/WBP)
                               )
PAMELA BONDI, *et al.*,         )
                               )
     *Respondents*.             )
                               )
                               )
                               )

## ORDER

This matter comes before the Court on Petitioner Cipriano Martinez-Camposeco's Emergency Motion for Temporary Restraining Order, Stay of Surrender, and for a Constitutionally Compliant Bond Hearing (the "Motion"). Dkt. 10. On February 26, 2026, the Court granted the Petition for Writ of Habeas Corpus and ordered Respondents to provide Petitioner with a bond hearing. Dkt. 6. On March 4, 2026, an Immigration Judge denied Petitioner bond at his scheduled hearing. Dkt. 10 at 1-4. For good cause shown, it is hereby

**ORDERED** that Petitioner's Motion (Dkt. 10) is **GRANTED in part**. The Motion is **GRANTED** as to Petitioner's request for an Order to show cause. The Court reserves ruling on the remainder of the Motion; it is further

**ORDERED** that Respondents **SHOW CAUSE** within fourteen (14) days of this Order as to why this Court should not find that the Immigration Judge failed to properly consider all the relevant factors related to his finding that Petitioner is a flight risk and, on that basis, denied her

bond.[1] Any reply is due within fourteen (14) days of receiving Respondents' pleading; and it is further

**ORDERED** that Respondents are **ENJOINED** from re-detaining Petitioner pending adjudication of this Motion (Dkt. 10) unless he commits a new crime, fails to appear at any scheduled immigration hearings for which he receives proper notice, or pursuant to 8 U.S.C. § 1231(a)(2); and it is further

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 5th day of March, 2026.
Alexandria, Virginia

_____ /s/
Patricia Tolliver Giles
United States District Judge

---

[1] The Court notes its jurisdiction to review whether the bond hearing was held in a constitutionally compliant manner. *See Mejia Orozco v. Lyons, et al.*, No. 1:25-cv-1762-AJT-WEF, Dkt. 20 at 7 (ordering the federal respondents to either release the petitioner or to conduct an individualized bond hearing consistent with the Order).